Exhibit C



Assessment Record For JEFFERSON County

## Owner Information

| | |
|---|---|
| **Original Name:** | DOUGHERTY MARY L (OWNER OCCUPIED) |
| **Standardized Name:** | DOUGHERTY, MARY L |
| **Original Address:** | 8419 W 95TH DR |
| | WESTMINSTER, CO 80021 |
| **Standardized Address:** | 8419 W 95TH DR |
| | WESTMINSTER, CO 80021-5330 |
| | JEFFERSON COUNTY |

## Property Information

| | |
|---|---|
| **Original Property Address:** | 8419 W 95TH DR |
| | WESTMINSTER, CO |
| **Standardized Property Address:** | 8419 W 95TH DR |
| | WESTMINSTER, CO 80021-5330 |
| | JEFFERSON COUNTY |
| **Land Use:** | SINGLE FAMILY RESIDENTIAL |
| **County:** | JEFFERSON |
| **Data Source:** | B |

## Legal Information

| | |
|---|---|
| **Assessor's Parcel Number:** | 29-221-22-011 |
| **Subdivision Name:** | SUNSTREAM FLG # 7C |
| **Recording Date:** | 03/05/1996 |
| **Lot Number:** | 3 |



## Assessment Record For JEFFERSON County

**Legal Description:** LOT NUMBER: 3; SUBDIVISION: SUNSTREAM FLG # 7C; BLOCK: 2; CITY/MUNI/TWNSP: WESTMINSTER; SEC/TWN/RNG/MER: SE

### Sale Information

**Recording Date:** 03/05/1996
**Prior Recording Date:** 11/27/1995
**Prior Sale Price:** $179,300 - FULL AMOUNT
**Document Type:** WARRANTY DEED

### Assessment Information

**Market Value Year:** 2003
**Market Land Value:** $73,920
**Market Improvement Value:** $201,600
**Total Market Value:** $275,520
**Assessment Year:** 2003
**Assessed Land Value:** $5,880
**Assessed Improvement Value:** $16,050
**Total Assessed Value:** $21,930
**Land Use:** SINGLE FAMILY RESIDENTIAL

### Tax Information

**Tax Rate Code:** 0014
**Tax Amount:** $1,592.34
**Tax Year:** 2003

### Property Characteristics

**Year Built:** 1996
**Stories:** 2
**Units:** 1
**Bedrooms:** 3
**Baths:** 1
**Partial Baths:** 2

Exhibit C  Page 3 of 3

**Assessment Record For JEFFERSON County**

| | |
|---:|:---|
| **Fireplace:** | 1 |
| **Garage Type:** | ATTACHED |
| **Garage Size:** | 2CAR(S) |
| **Building Area:** | 1,805 |
| **Construction:** | FRAME |
| **Basement:** | UNFINISHED |
| **Building Class:** | UNKNOWN |
| **Lot Size:** | 2 |
| **Square Footage:** | 5968 SF |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.
Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Persons with a Legal or Beneficial Interest Regarding a Consumer
Copyright © 2023 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

**End of Document**