| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO  80202          (720) 865-8301<br>_____<br><br>Plaintiff:     **MARY DOUGHERTY**<br><br>v.<br><br>Defendant:   **AUTO-OWNERS INSURANCE COMPANY**<br>_____<br><br>*Attorneys for Plaintiff:*<br><br>Todd Scardina, #40333<br>Autumn Scardina, #39491<br>SCARDINA LAW, LLC<br>501 S. Cherry Street, Suite 1100<br>Denver, CO 80246<br>Telephone: (720) 420-9068<br>Facsimile: (303) 845-5594<br>Email: todd@scardinalaw.com<br>          autumn@scardinalaw.com | ▲ COURT USE ONLY ▲<br>_____<br><br>Case No:  2023CV30527<br><br>Division:  424 |
| **WAIVER OF SERVICE OF SUMMONS, COMPLAINT AND JURY DEMAND, AND CIVIL CASE COVERSHEET ON BEHALF OF OWNERS INSURANCE COMPANY** | |

The undersigned counsel, attorneys of record for Defendant, Owners Insurance Company (incorrectly named herein as "Auto-Owners Insurance Company"), in the above-captioned action, hereby affirm that they have been authorized by Owners Insurance Company, to accept service, in this case only, of the Summons, Complaint and Jury Demand, and Civil Case Coversheet, filed by or on behalf of Plaintiff Mary Dougherty in this matter. This waiver does not and shall not constitute an admission of the truth of any allegations contained in Plaintiff's Complaint, and only applies to service of the documents referenced herein. Defendant does not waive, but rather specifically reserves all rights and defenses in this case. Service of Plaintiff's

Summons, Complaint and Jury Demand, and Civil Case Coversheet, shall be deemed made on the date of the execution of this waiver.

Dated this 7th day of April 2023.

Respectfully submitted,

**WELLS, ANDERSON & RACE, LLC**

*S/ Paul D. Dinkelmeyer*

Adam P. O'Brien, #37854
Paul D. Dinkelmeyer, #38371

*Attorneys for Defendant*

*[Original Signature on File at the Office of Wells, Anderson & Race, LLC]*