# OFFICE OF THE SECRETARY OF STATE
# OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF EXISTENCE

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office, a document for:

OWNERS INSURANCE COMPANY

Ohio Foreign Corporation

(Entity ID # 19891113757 )

was filed in this office on 12/22/1989 with an effective date of 12/22/1989 .

I further certify that our records indicate that a dissolution document has not been filed.

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 02/27/2023 that have been posted, and by documents delivered to this office electronically through 02/28/2023 @ 18:11:43 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 02/28/2023 @ 18:11:43 in accordance with applicable law. This certificate is assigned Confirmation Number 14740188 .



Secretary of State of the State of Colorado

*************************************************End of Certificate*********************************************

*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*