Exhibit F

# STATE OF COLORADO

**DIVISION OF INSURANCE**
**DEPARTMENT OF REGULATORY AGENCIES**
First Western Plaza
303 West Colfax Avenue, Suite 500
Denver, Colorado 80204
Phone: (303) 620-4300



Roy Romer
Governor

Steven V. Berson
Executive Director

Joanne Hill
Commissioner of
Insurance

December 21, 1989

**FOREIGN**

Secretary of State
State of Colorado
1560 Broadway, Suite 200
Denver, Colorado 80203

12-22-89
891113757   $75.00
89III3757

ATTACHED FOR FILING ARE:   NEW ADMISSION

ARTICLES OF INCORPORATION FOR:

OWNERS INSURANCE COMPANY (Ohio),

along with Certificate of Compliance issued by the State of Ohio.

Filing Fee:     Check # 0041104 for $ 75.00

Please receipt and return copy of this form to the Division of Insurance.

Sincerely,

Dana Christensen
Dana Christensen
Corporate Affairs

**COMPUTER UPDATE COMPLETE**
JAT

# State of Ohio

## Department of Insurance

# CERTIFICATE OF COMPLIANCE

As DIRECTOR OF INSURANCE OF THE STATE OF OHIO, I do hereby certify that OWNERS INSURANCE COMPANY a corporation located at LIMA in the State of OHIO, has complied in all respects with the law of this State applicable to it, and is authorized to transact in this State its appropriate business of:

insurance as prescribed under Section 3941.02, of the Revised Code of Ohio, divisions, (A), Fire & Allied, (B), General Liability (D), Automobile Coverage. (E), Boiler & Machinery (F), Loss of Business and (G), All Others, including fidelity and surety.

from **July 1, 1989**, until **June 30, 1990**

Licensed: **December 31, 1975**

IN WITNESS WHEREOF, I have hereunto subscribed my name and caused my seal to be affixed at Columbus, Ohio, this day and date.

August 22, 1989

Director of Insurance of Ohio.

INS 3046

# Articles of Incorporation
## — OF —

OWNERS INSURANCE COMPANY
(Name of Corporation)

who is a

The undersigned, ~~a majority of whom are~~ citizens of the United States, desiring to form a corporation, for profit, under Sections 1701.01 et seq. of the Revised Code of Ohio, do hereby certify:

FIRST. The name of said corporation shall be OWNERS INSURANCE COMPANY.

SECOND. The place in Ohio where its principal office is to be located is City of Lima, Allen County.
(City, Village or Township)

THIRD. The purposes for which it is formed are: Transacting a general insurance business except life insurance in any of the kinds of insurance set forth in and as authorized by Section 3941.02, Revised Code of Ohio, as now exists or may hereafter be amended or superseded.

FOURTH. The number of shares which the corporation is authorized to have outstanding is ten thousand (10,000) all of which shall be with par value of One Hundred Dollars ($100.00) each.

FIFTH. The amount of capital with which the corporation shall begin business is One Million Dollars ($1,000,000.00) and the amount of contributed surplus with which the corporation shall begin business is One Million Five Hundred Thousand Dollars ($1,500,000.00) all of which shall be fully paid up.

SIXTH. The number of directors shall be not less than five (5) nor more than twenty-one (21), each of whom shall be a stockholder of the company.

IN WITNESS WHEREOF, I have hereunto subscribed my name, this 12th day of May, 1975.

OWNERS INSURANCE COMPANY

J. ROTH CRABBE

APPROVED:

THOMAS R. ANDERSON
Assistant Attorney General

5-13-75
Date

**UNITED STATES OF AMERICA,** 4 66 651
**STATE OF OHIO,**
**OFFICE OF THE SECRETARY OF STATE**

I, SHERROD BROWN, Secretary of State of the State of Ohio, do hereby certify that the foregoing is a true and correct copy, consisting of __1__ pages, as taken from the original record now in my official custody as Secretary of State.



WITNESS my hand and official seal at Columbus, Ohio, this __2nd__ day of __September__ A.D. 19__89__

SHERROD BROWN
Secretary of State

By: _____

**NOTICE:** This is an official certification only when reproduced in red ink

FC...-1639    APPROVED
By ............
Date ............
Amount ............

CERTIFICATE OF AMENDMENT TO THE ARTICLES OF INCORPORATION

of

OWNERS INSURANCE COMPANY

We, the undersigned, President and Secretary of the Owners Insurance Company, a corporation for profit, of Lima, Ohio, a corporation organized under Sections 1701.01 et seq. of the Revised Code of Ohio, do hereby certify that at a special meeting of the stockholders of said corporation held at Lansing, Michigan, on the 25th day of January, A.D. 1984, due notice of the intention to amend the Articles of Incorporation having been given, it was resolved by the stockholders of said corporation, a quorum being present in person or by proxy, and by the affirmative vote of the holders of shares entitling them to exercise 99.9% of the voting power of the corporation that Article Fourth of the Articles of Incorporation of the corporation be and the same is amended so as to read as follows:

FOURTH: The number of shares which the corporation is authorized to have outstanding is One Hundred Thousand (100,000) all of which shall be with Par Value of Two Hundred Dollars ($200) each.

In witness whereof, we, the above named officers, acting for and on behalf of the corporation, hereunto sign our names this __17th__ day of __February__, A.D. 19__84__.

_____
President

_____
Secretary



STATE OF OHIO
# DEPARTMENT OF INSURANCE
2100 STELLA COURT
COLUMBUS 43215

March 26, 1984

Lynda Loomis, office Secretary of State.

Sandra Neely, Esq.
Assistant Attorney General
16th Floor
State Office Tower
30 East Broad Street
Columbus, Ohio 43215

Re: Owners Insurance Company, Amendment to Articles of Incorporation.

Dear Ms. Neely:

Enclosed is an original certificate of corporate action by the Board of Directors and original certificate of amendment to the Articles of Incorporation of Owners Insurance Company.

I have reviewed these documents and the Department will not object to their acceptance for filing by Ohio Secretary of State.

Very truly yours,

Kurt Weiland

Kurt Weiland
Attorney

KW/arn

Enclosures

cc: Tom Owings

30 East Broad Street
Columbus, Ohio 43215
(614) 466-8600

SLN:mfm
cc: Kurt Weiland, Esq.



**Attorney General
Anthony J. Celebrezze, Jr.**

April 10, 1984

Honorable Sherrod Brown
Secretary of State
State Office Tower
14th Floor
Columbus, Ohio  43215

Attn:  Lynda Loomis
       Assistant Corporate Counsel

        Re:  Owners Insurance Comapny

Dear Sir:

I have reviewed the amendments to the articles of incorporation of the Owners Insurance Company adopted February 17, 1984. I have also discussed the same with the Ohio Department of Insurance which has expressed its approval of the amendments in question.

Based upon my examination of the amendments to the articles of incorporation and my review of the relevant statutes, I find the amendments to be in accordance with the constitution and laws of the State of Ohio and of the United States.

                                    Very truly yours,

                                    ANTHONY J. CELEBREZZE, JR.
                                    Attorney General

                                    SANDRA L. NEELY
                                    Assistant Attorney General
                                    1680 State Office Tower
                                    30 East Broad Street
                                    Columbus, Ohio  43215
                                    (614) 466-8600

SLN:mfm
cc:  Kurt Weiland, Esq.

UNITED STATES OF AMERICA, 466651
STATE OF OHIO,
OFFICE OF THE SECRETARY OF STATE

I, SHERROD BROWN, Secretary of State of the State of Ohio, do hereby certify that the foregoing is a true and correct copy, consisting of ___3___ pages, as taken from the original record now in my official custody as Secretary of State.



WITNESS my hand and official seal at Columbus, Ohio, this _28th_ day of _September_ A.D. 19_89_

SHERROD BROWN
Secretary of State

By: _____

NOTICE: This is an official certification only when reproduced in red ink