# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-_____

**MARY DOUGHERTY**,

    Plaintiff,

v.

**OWNERS INSURANCE COMPANY**,

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

Defendant, Owners Insurance Company, by its counsel, Adam P. O'Brien and Paul D. Dinkelmeyer of Wells, Anderson & Race, LLC, in compliance with Fed. R. Civ. P. 7.1 regarding corporate disclosures, states as follows:

1. Owners Insurance Company is an Ohio corporation, whose parent corporation is Auto-Owners Insurance Company.

2. Auto-Owners Insurance Company is a mutual insurance company and has no stock. Thus, there are no publicly held corporations that own 10% or more of its stock, as no such stock exists.

Respectfully submitted this 3rd day of May 2023.

**WELLS, ANDERSON & RACE, LLC**

*S/ Paul D. Dinkelmeyer*

Adam P. O'Brien
Paul D. Dinkelmeyer
1700 Broadway, Suite 900
Denver, Colorado 80290
Telephone: (303) 830-1212
Email: aobrien@warllc.com;
pdinkelmeyer@warllc.com

*Attorneys for Defendant Owners Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of the Court for the United States District Court for the District of Colorado using the Federal Court's CM/ECF System, and served via ECF, addressed as follows:

Todd Scardina, Esq.
Autumn Scardina, Esq.
**SCARDINA LAW, LLC**
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
Telephone: (720) 420-9068
Email: todd@scardinalaw.com
autumn@scardinalaw.com

*Attorneys for Plaintiff*

*S/ Karen M. Zajac*

Karen M. Zajac, Legal Assistant

*[Original Signatures on File at the Office of Wells, Anderson & Race, LLC]*