| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock St. Denver CO 80202<br><br>Plaintiff: **MARY DOUGHERTY**<br><br>v.<br><br>Defendant: **AUTO-OWNERS INSURANCE COMPANY** | DATE FILED: February 16, 2023 12:20 PM<br>FILING ID: 97611B3D11382<br>CASE NUMBER: 2023CV30527<br><br><br>▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>Todd Scardina, Esq., #40333<br>Autumn Scardina, #39491<br>Scardina Law, LLC<br>501 S. Cherry St., Suite 1100<br>Denver, CO 80246<br>Phone: 720-420-9068<br>Facsimile: 303-845-5594<br>E-mail: todd@scardinalaw.com<br>        autumn@scardinalaw.com | Case Number:<br><br><br><br><br><br><br>Division    Courtroom |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ☒ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

    By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

    **Or**

Exhibit I

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☑ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

**Date:** Feb 16, 2023

*Mary Dougherty*
Mary Dougherty (Feb 16, 2023 12:08 MST)
**Signature of Party**

**Date:** 2/16/2023

*Todd Scardina*
**Signature of Attorney for Party (if any)**

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

# Civil Case Cover Sheet

Final Audit Report 2023-02-16

| | |
|---|---|
| Created: | 2023-02-16 |
| By: | Todd Scardina (todd@scardinalaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZz2E6RI4M8_ERgE7-XMHp7VeerA6B0Eu |

## "Civil Case Cover Sheet" History

- Document created by Todd Scardina (todd@scardinalaw.com)
  2023-02-16 - 6:56:37 PM GMT- IP address: 73.95.92.209

- Document emailed to Eric Ross (doughertym@rossprintmarketing.com) for signature
  2023-02-16 - 6:57:10 PM GMT

- Email viewed by Eric Ross (doughertym@rossprintmarketing.com)
  2023-02-16 - 6:57:32 PM GMT- IP address: 64.62.29.98

- Signer Eric Ross (doughertym@rossprintmarketing.com) entered name at signing as Mary Dougherty
  2023-02-16 - 7:08:26 PM GMT- IP address: 64.62.29.98

- Document e-signed by Mary Dougherty (doughertym@rossprintmarketing.com)
  E-signature obtained using URL retrieved through the Adobe Acrobat Sign API
  Signature Date: 2023-02-16 - 7:08:28 PM GMT - Time Source: server- IP address: 64.62.29.98

- Agreement completed.
  2023-02-16 - 7:08:28 PM GMT

Adobe Acrobat Sign