Exhibit I

## Register of Actions

| | Filed by Plaintiff/Petitioner | **Case Number:** 2023CV030527 | **Division:** 424 |
| | Filed by Defendant/Respondent | **Case Type:** Breach of Contract | **Judicial Officer:** Shelley Gilman |
| | Filed by Court | **Case Caption:** Dougherty, Mary v. Auto Owners Ins Co et al | **Court Location:** Denver County - District |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 61490C51F242B | 04/11/2023 1:30 PM | Paul Dennis Dinkelmeyer | Wells Anderson and Race LLC | Owners Ins Co | Entry of Appearance | Notice of Entry of Appearance | Public |
| D3765A19032EC | 04/11/2023 1:26 PM | Adam OBrien | Wells Anderson and Race LLC | Owners Ins Co | Entry of Appearance | Notice Entry of Appearance | Public |
| N/A (Details) | 04/10/2023 10:53 AM | Shelley Gilman | Denver County - District | N/A | Order *(Related Document)* | Order Re: Unopposed Motion to Amend Case Caption to Reflect Proper Defendant | Public |
| 966C4454783E6 | 04/07/2023 10:43 AM | Todd Richard Scardina Esq. | Scardina Family Law LLC | Mary Dougherty | Notice | Notice of Filing Waiver of Service of Summons Complaint and Jury Demand and Civil Case Cover Sheet on Behalf of Owners Insurance Company | Public |
| | | | | | Waiver of Service | Waiver of Service of Summons, Complaint and Jury Demand and Civil Case Cover Sheet On Behalf of Owners Insurance Company signed by Paul D. Dinkelmeyer for Defendant, Auto Owners Insurance Company on 4-7-2023 | Public |
| | | | | | Motion *(Related Document)* | Unopposed Motion to Amend Case Caption to Reflect Proper Defendant | Public |
| | | | | | Proposed Order | Proposed Order Re: Unopposed Motion to Amend Case Caption to Reflect Proper Defendant | |
| N/A (Details) | 02/16/2023 1:54 PM | Shelley Gilman | Denver County - District | N/A | Order | Delay Reduction Order | Public |
| 97611B3D11382 | 02/16/2023 12:20 PM | Todd Richard Scardina Esq. | Scardina Family Law LLC | Mary Dougherty | Complaint w/Jury Demand | Complaint and Jury Demand | Public |
| | | | | | Civil Case Cover Sheet | District Court Civil Case Cover Sheet | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Auto Owners Ins Co | Defendant | Withdrawn | N/A |
| Mary Dougherty | Plaintiff | Active | AUTUMN CHARLIE SCARDINA (Scardina Family Law LLC) TODD RICHARD SCARDINA (Scardina Family Law LLC) |
| Owners Ins Co | Defendant | Active | ADAM PATRICK O'BRIEN (Wells Anderson and Race LLC) PAUL DENNIS DINKELMEYER (Wells Anderson and Race LLC) |