## SUPPLEMENTAL CIVIL COVER SHEET FOR
## NOTICES OF REMOVAL

The Removing Party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C.COLO.LCivR 81.1 and 28 U.S.C. §§ 1446(a).

| Section A – Plaintiffs | Section B – Defendants |
|---|---|
| Plaintiffs remaining in action at the time of Filing the Notice of Removal: | Defendants remaining in action at the time of filing the notice of Removal: |
| 1) Mary Dougherty <br> 2) <br> 3) <br> 4) | 1) Owners Insurance Company <br> 2) <br> 3) <br> 4) |

### Section C – Pending State Court Motions
### As of Date of Removal

| Title of Court Motion | Date Motion Filed |
|---|---|
| **1.** None | |
| **2.** | |
| **3.** | |
| **4.** | |

### Section D – Scheduled State Court Hearings
### As of Date of Removal

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|
| **1.** None | | | |
| **2.** | | | |

*S/ Paul D. Dinkelmeyer*
*Signature of Attorney for Removing Party:*
Paul D. Dinkelmeyer
**WELLS, ANDERSON & RACE, LLC**
1700 Broadway, Suite 900
Denver, Colorado 80290
Phone Number: (303) 830-1212

Dated: May 3, 2023

State Court Case No. 2023CV30527