# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01116-CMA

**MARY DOUGHERTY**,

    Plaintiff,

v.

**OWNERS INSURANCE COMPANY**,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Adam P. O'Brien, of Wells, Anderson & Race, LLC, hereby enters his appearance on behalf of Defendant, Owners Insurance Company ("Owners"), in the above-referenced matter.

Dated this 4th day of May, 2023.

    Respectfully submitted,

    **WELLS, ANDERSON & RACE, LLC**

    *S/ Adam P. O'Brien*

    Adam P. O'Brien
    1700 Broadway, Suite 900
    Denver, Colorado 80290
    Telephone: (303) 830-1212
    Email: aobrien@warllc.com

    *Attorneys for Defendant Owners Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, a true and correct copy of the above and foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Todd Scardina, Esq.
Autumn Scardina, Esq.
**SCARDINA LAW, LLC**
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
Email: todd@scardinalaw.com
autumn@scardinalaw.com

*Attorneys for Plaintiff*

S/ Barbara McCall

Barbara McCall, Legal Assistant

[*Original Signatures on File at the Office of Wells, Anderson & Race, LLC*]