UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO  80294
(303) 335-2174
Christine_M_Arguello@cod.uscourts.gov

**CHRISTINE M. ARGUELLO**
SENIOR JUDGE

# M E M O R A N D U M

**TO:** Jeffrey P. Colwell, Clerk
Attn: Docketing Team

**FROM:** Judge Christine M. Arguello

**DATE:** May 3, 2023

**RE:** Civil Action No. 23-cv-01116-CMA
Mary Dougherty v. Auto-Owners Insurance Company

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.