IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 23-cv-01116-RMR-STV | Date:  June 20, 2023 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| MARY DOUGHERTY | Todd Scardina |
| Plaintiff, | |
| v. | |
| AUTO-OWNERS INSURANCE COMPANY | Paul Dinkelmeyer |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   10:52 a.m.**
Court calls case.  Appearances of counsel by phone.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **6** depositions, excluding experts, absent leave of court.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment of Pleadings:  **August 4, 2023**
Discovery Cut-off:  **February 2, 2024**
Deadline for Notice of Intent of Dispositive Motions:  **February 12, 2024**
Excluding non-retained remediation providers for Plaintiff, each side shall be limited to **3** retained experts per party, absent leave of court.
Plaintiff shall designate all experts **on or before October 6, 2023**.
Defendant shall designate all experts **on or before November 3, 2023**.
Plaintiff shall designate rebuttal experts **on or before December 1, 2023**.

**STATUS CONFERENCE** not set at this time.  If the court determines one is necessary, one will be set by minute order.  The parties may request a status conference by contacting chambers (303) 335-2365, by a joint conference call.

The parties must notify chambers (303-335-2365) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.

**FINAL PRETRIAL CONFERENCE/TRIAL PREPARATION CONFERENCE/TRIAL** will be set by Judge Rodriguez's chambers at a later date. Ten days after the close of discovery, any party seeking to file a motion for summary judgment must email the chambers of Judge Rodriguez to inform the Court of their intention to file a motion. If no party seeks to file a motion for summary judgment, the parties must jointly contact chambers to obtain dates for trial and a trial preparation conference.

The court advises the parties to review Judge Rodriguez's Practice Standards

The court also advises the parties to review his Practice Standards especially for the manner in which he addresses discovery disputes.

Scheduling Order is signed and entered with interlineations June 20, 2023.

Hearing concluded.
**Court in recess:**        **10:53 a.m.**
Total time in court:    00:01

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.