IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01116

MARY DOUGHERTY,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY,

    Defendant.

**JOINT MOTION TO AMEND SCHEDULING ORDER**

COMES NOW, Plaintiff Mary Dougherty and Defendant Owners Insurance Company, by and through undersigned counsel, jointly and respectfully requesting the Court amend the Scheduling Order as stated in the contemporaneously file Proposed Amended Scheduling Order, filed displaying all changes and as a "clean" version.  In support thereof, the parties state as follows:

    1.    The Court entered its Scheduling Order on June 20, 2023.

    2.    The parties are scheduled for mediation on October 20, 2023.

    3.    No prior extensions have been requested in this matter.

    4.    Section 13 of the Scheduling Order provides that it may only be altered or amended for good cause.

    5.    To minimize litigation costs, the parties have agreed to extend the expert disclosure deadlines to avoid expert expenses prior to mediation.  The parties believe such

reduction in expense will promote settlement. Exploration of settlement prior to incurring expert expenses constitutes good cause to amend the Scheduling Order.

6. The parties have therefore agreed to exchange Plaintiff's expert disclosures to **December 15, 2023** and extend other deadlines in accordance therewith as follows:

a. Defendant expert disclosure deadline: **January 16, 2024**;

b. Plaintiff rebuttal expert disclosure deadline: **February 16, 2024**

c. Discovery Cut-Off: **April 23, 2024**

d. Deadline for Notice of Intent of Dispositive Motions: **May 7, 2024**

e. Dispositive Motion and Motions pursuant to Fed. R. Evid. 702, 703, and 704 Deadline: **June 7, 2024**.

WHEREFORE, the parties request the Court approve and adopt their agreements as reflected above and in the contemporaneously filed Proposed Amended Scheduling Order as an Order of this Court.

Respectfully submitted September 29, 2023.

| | |
|---|---|
| *S/ Todd Scardina* | *S/Paul D. Dinkelmeyer* |
| Todd Scardina, #40333 | Adam P. O'Brien, #37854 |
| Autumn Scardina, #39491 | Paul D. Dinkelmeyer, #38371 |
| Scardina Law | Wells, Anderson & Race, LLC, |
| 501 S. Cherry Street, Suite 1100 | 1700 Broadway, Suite 900 |
| Denver, CO 80246 | Denver, CO 80290 |
| Telephone: (720) 420-9068 | Telephone: (303) 830-1212 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the date stated above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul D. Dinkelmeyer
Adam P. O'Brien
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, Colorado 80290
*Attorneys for Defendant*

S/ Todd Scardina