# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01116-RMR-STV

**MARY DOUGHERTY**,

    Plaintiff,

v.

**OWNERS INSURANCE COMPANY**,

    Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

The parties, by and through their undersigned counsel of record, having fully, finally, and completely settled and resolved the above-captioned action, hereby stipulate to a dismissal, with prejudice, of all claims made or which could have been made by Plaintiff, Mary Dougherty, against Defendant, Owners Insurance Company, with each party to pay its own costs and fees. A proposed Order is filed contemporaneously herewith.

Respectfully submitted this 15th day of December 2023.

| | |
|---|---|
| **SCARDINA LAW, LLC** | **WELLS, ANDERSON & RACE, LLC** |
| *S/Todd Scardina* | *S/ Paul D. Dinkelmeyer* |
| _____ | _____ |
| Todd Scardina | Adam P. O'Brien |
| Autumn Scardina | Paul D. Dinkelmeyer |
| 501 S. Cherry Street, Suite 1100 | 1700 Broadway, Suite 900 |
| Denver, Colorado 80246 | Denver, Colorado 80290 |
| Telephone: (720) 420-9068 | Telephone: (303) 830-1212 |
| Email: todd@scardinalaw.com | Email: aobrien@warllc.com |
| autumn@scardinalaw.com | pdinkelmeyer@warllc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Todd Scardina, Esq.
Autumn Scardina, Esq.
**SCARDINA LAW, LLC**
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
Email: todd@scardinalaw.com
autumn@scardinalaw.com

*Attorneys for Plaintiff*

*S/ Barbara McCall*

Barbara McCall, Legal Assistant

2