**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01116-RMR-STV

**MARY DOUGHERTY**,

    Plaintiff,

v.

**OWNERS INSURANCE COMPANY**,

    Defendant.

---

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

This matter comes before the Court on the Stipulation for Dismissal with Prejudice submitted by the parties to the above-captioned action based upon a full, final, and complete settlement of all claims made, or which could have been made, by Plaintiff, Mary Dougherty, against Defendant, Owners Insurance Company. The Court, having considered the requested relief, which is unopposed and filed jointly by the parties, hereby GRANTS a dismissal, with prejudice, of all claims made, or which could have been made, by Plaintiff against Defendant, with each party to pay its own costs and fees.

So Ordered this ____ day of December 2023.

                                        **BY THE COURT:**

                                        _____

                                        **Judge Regina M. Rodriguez**